

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00674-CV

Christopher Todd **RUST**,
Appellant

v.

Aslynn Tanis **RUST**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 17-470
Honorable Bill R. Palmer, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the portion of the trial court's order granting Aslynn Tanis Rust's special appearance is REVERSED. The portion of the trial court's order granting Aslynn Tanis Rust's plea to the jurisdiction regarding the child custody determination and Aslynn's request that the trial court decline jurisdiction over the divorce proceeding is AFFIRMED. Further, the trial court's order awarding attorney's fees in favor of Aslynn Tanis Rust is AFFIRMED. The costs of this appeal are taxed against the appellant Christopher Todd Rust.

SIGNED October 3, 2018.

_____
Irene Rios, Justice